Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED

# UNITED STATES DISTRICT COURT

for the

Central District of California

Western Division

| | | |
|---|---|---|
| Man Kyu CHOI, an individual and a member of the Korean Veterans Association of the USA Western Region, similarly situated, | ) ) ) | Case No. _____ |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | LACV18 010048 - PSG-AFMx |
| **–v–** | ) | |
| The Korean Veterans Association of the USA Wetern Retion; Jae Kook WEE, an individual, Jae Kwon KIM, an individual, Dae In LIM, an individual; and DOES 1 through *10* inclusive, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) | |



PAID

NOV 30 20__

Clerk, US District Court
COURT 4612

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Man Kyu CHOI |
| Street Address | 2975 Wilshire Blvd.. #358 |
| City and County | Los Angeles. Los Angles |
| State and Zip Code | California 90010 |
| Telephone Number | 310) 938-8785 |
| E-mail Address | arokausw@gmail.com |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jae Kook WEE |
| Job or Title *(if known)* | Former President |
| Street Address | 2222 Avenuw of the stars. 2102 |
| City and County | Los Angeles. Los Angeles |
| State and Zip Code | California 90067 |
| Telephone Number | 323) 459-0624 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Jae Kwon KIM |
| Job or Title *(if known)* | President |
| Street Address | 565 North Cahuenga Blvd. |
| City and County | Los Angeles. Los Angeles |
| State and Zip Code | California 90004 |
| Telephone Number | 213) 820-3850 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Dae In LIM |
| Job or Title *(if known)* | The election committee chairman |
| Street Address | 9761 Crosby Ave |
| City and County | Garden Grove. Orange |
| State and Zip Code | California 92844 |
| Telephone Number | 714) 504-7337 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff. *(name)* Man Kyu CHOI , is a citizen of the State of *(name)* California .

b.   If the plaintiff is a corporation

The plaintiff. *(name)* , is incorporated under the laws of the State of *(name)* . and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant. *(name)* Jae Kook WEE . is a citizen of

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

the State of *(name)* | California | . Or is a citizen of
*(foreign nation)* | .

    b.    If the defendant is a corporation

The defendant. *(name)* | KVA USA Western Region | , is incorporated under
the laws of the State of *(name)* | California | , and has its
principal place of business in the State of *(name)* | .
Or is incorporated under the laws of *(foreign nation)* | South Korea |
and has its principal place of business in *(name)* | South Korea | .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Unqualified president candidate and the illegal election made that the pure candidate passed away and the defendants still continue doing fraudulent acts may effect any fetal mental damage to the plaintiffs

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

City of Los Angeles , County of Los Angeles

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

In February 2018 the election of the presidental of Non profit organization of the Korean Vetrans Association of USA Western Region

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Unqualifired candidate, Jae Kwon KIM became a president of the non-profit organigation through the illegal election campaign involved Jae Kook WEE and Dae In LIM. The pure candidate, Min Su SHON finally passed away of the impact of the frauduant election acts. The defedents countiue doing evil wickedness may effect any mental damage to the plaintiffs

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The pure candidate, Min Su SHON is already passed away because of the defendants' illegal wickedness and the defendants continue doing illegal wickedness to the plaintiffs . It may damage the plaintiffs mental health and dignity

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A temporary restraining order, a preliminary injuction and permanent injuction all enjoining defendants, and each of them, all persons acting under: 1) Cancellation of inauguration of Jae Kwon KIM, 2)Dissolve the organization rums by the defendants, 3) Take Jae Kook WEE and Dae In LIM disciplinary Committee, 4)Report Jae Kook WEE for auditinf IRS Revenue of 2017

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       11 / 30 / 2018

Signature of Plaintiff

Printed Name of Plaintiff      Man Kyu CHOI

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

Man Kyu CHOI, president of
The republic of Korea Army Association
In Southern California, Ex-Vice president of
The Korean Veterans Association USA
Western Region.
2975 Wilshire Blvd., #358
Los Angeles, CA 90010
Telephone:(310) 938-8785
IN PRO PER

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

NOV 02 2018

Sherri R. Carter, Executive Officer/clerk

By Shaunya Bolden, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| The republic of Korea Army Association In Southern California, Man Kyu CHOI, And members of the Korean Veterans Association of the U.S.A Western Region, similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>The Korean Veterans Association of the U.S.A Western Region.; Jae Kook WEE, an individual, Jae Kwon KIM, an individual, Dae In LIM, an individual; and DOES 1 through 50 inclusive.<br><br>Defendants. | Case No.: BC708317<br><br>Motion for Reconsideration; Memorandum of points and authorities of Show Cause for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction. |

Memorandum of Points and Authorities in Support of order to Show Cause for Temporary Restraining Order and Preliminary Injection

Motion for Reconcideration-1

1. INTRODUCTION

    Dear Honor Judge, Stephanie, Bowick., please reschedule for the show cause for Temporary Restraining Order and Preliminary Injunction for the defendants who are doing continuously illegal activities in the Korean Veterans Association of the U.S.A. The Plaintiffs, my party was going to stipulate the issues and cooperate with the defendants even though the defendants did all the fraud and illegal presidential election on February 2018. The defendants never regretted what they did and sent the plaintiffs the Notice [Exhibition 1] for punishment as the defendants created inadequate remedy at bylaws to expel the plaintiffs for good. I believe and respect that the constitution of the United State of America is an equal to everybody. The plaintiffs are self-determent defense to bring this issue without Attorney shouldn't be ignored. We will hire an Attorney to be represent for us. Nobody is above the law. If any one did fraud activity and intended to harm, should be punished under the law. Dear Hono Judge, please judge the defendant's fraud activates with the law of the United States of America.

2. FACTS

Dear Honor Judge, please judge the defendants' wicked &dishonesty activities under the law of USA:
**THE PRESIDENTIAL ELECTION IS NOT VALID;**

    1)  Defendant, Mr. WEE who did all the illegal act involving presidential election even though he shouldn't involve the election bylaws. Defendant, Mr. WEE who was the president of the Western Region at the time of the presidential election could not intervene in the election and should had to be neutral. He should be judged by the law of USA. His fraudulent revenue should be reported to IRS for auditing.

a) It is obvious violation of the state law and bylaws for Mr. WEE as he intervened in the election and he had to be neutral but, he led and fully involved the election. It is should be judged by the law.

b) Mr. WEE even didn't follow the direction of the headquarters (In Seoul Korea), he excluded delegates by his own decision: 7 delegates were excluded from the list of 58 delegates. [Attachment Exhibition 2] And he didn't make any list of the delegates of the election. The election without a list of election committee members is definitely invalid. It is illegal to constitute an elector to be directed to exclude non-members. It is certainly illegal not to announce even the revised list. He should be judged by the law of USA.

**DEFENDANT, JAE KWON KIM SHOULD RESIGN VOLUNTARILY UNDER INVALID ELECTION;**

2) Defendant, Jae Kwon KIM who is not qualified as a president of Western Region pursuant to bylaws Chapter 20 article 1 (7) [Election management regulations chapter 17] "A person who has been dismissed by another statute or who has been dismissed or disciplined by the provisions of this bylaws". Mr. KIM was expelled from the Korean American Federation of LA since 2012. Mr. KIM was dismissed from the Federation forever because of the reason why he tried to reformat the organization which it caused a stir in society.

a) Defendant, Jae Kwon KIM, was expelled from the Korean Federation when he was chairman of the association during 2010 to 2012. Mr. KIM organized a new Korean-American Federation and caused a great disdain for Korean society here. Four years after this incident is forgotten, Mr. WEE made Mr. KIM as the president of Korea Veterans Association of Western Region through the illegal election procedure. There was a secret deal between them. "Any member, for a purpose reasonably related to the

person's interest as a member, it may deny the member access to the list. In any subsequent action brought by the member under §§6336, the court shall enforce the rights set forth in" pursuant to CA Corp Code § 6330(b)(1). There are Mr. KIM's two fraudulent acts at the election follows;

i)   There was no event at all associated with Mr. WEE, Mr. KIM and the Korean Federation. And, even Mr. KIM never participated at the Korea Veterans Association before he become a president. Mr. KIM interviewed at the Korea daily that he became a member of the Korean Veterans Association on October 15th, 2016. It is not true. He joined a member on December 2017 just right before the election.

ii)  When he was a candidate of the presidential election and turned his money during the election campaigns. His check brought by one of the members receiving from Mr. KIM during the election campaign can be proven for the evidence. It is a kind of criminal act. Defendant, Mr. KIM should be removed from the president pursuant to CA Corp. Code §5526, §5527 "An action challenging the validity of any election, appointment or removal of a director or director must be commended within nine months after the election, appointment or removal. If no such action is commenced, in the absence of fraud, and election, appointment or removal of a director is conclusively presumed valid nine months thereafter."

**THE DEFENDANT, MR. LIM'S NEGLIGENCE SHOULD BE JUDGED BY LAW;**

3)   Defendant, Mr. LIM, the election committee chairman knew the situation but didn't

observe, take responsibility and it is obvious negligence. Mr. LIM may be held criminally liable, liable for any negligence (active or passive) or otherwise liable for damages to any person pursuant to CA. Corp. Code § 5525(b). Let's figure out how his negligence bring tragedy to a someone following;

    a) A Victim is named Min Su SON was a candidate of the presidential election. He failed to be nominated of the election because of the fraud election. Mr. SON reported that defendants' fraud election to the head quarter office in Seoul and during the processing, finally he passed away on May 7th, 2018. The negligence of a person effects to bring some body's breath away. It can't be happened in this world any more.

    b) At the inauguration ceremony of Mr. KIM, none of the consul general here and no one attended from any Korean organizations to congratulate Mr. KIM's nomination of president. All the Korea community organizations related to Veterans such as functional representatives have refused to attend any event held by Mr. KIM and Mr. WEE.

    c) All the Korean media such as SBS, KBS, MBC, the Korea Daily [ can be provide for the evidence], the Korea Times, Sunday Journal exposed the fraud election which made by the defendants. Korea society is in shock.

4) Defendants Does 1 to 50, inclusive, are sued in this complaint of illegal election activities, by selecting one person (Mr. KIM) to be appointed led a designated person dead (Mr. SON) after the election procedure.

3.  <u>CONCLUSION</u>

**A TEMPORARY RESTARTING ORDER AND PRELIMINARY INJUNCTION SHOULD BE GRANTED BECAUSE PLAINTIFFS SATISFY THE REQUIREMENTS OF CCP §§526.**

Plaintiffs are entitled to an injunction if they meet the statutory requirements of CCP §§ 526. Pursuant to CCP §§ 526, an injunction is appropriate when it appears by the Complaint that:

1). An inadequate remedy at law;

The defendants created inadequate articles at bylaws to punish the plaintiffs,

2). A serious risk of irreparable harm absent injunctive relief;

It appears that continuance of some action would produce waste or irreparable injury,

3). A likelihood that the plaintiffs will prevail on the merits of the underlying controversy;

The defendants to the action are doing, or threatens, about to do, procuring or suffering to be done, some act in violation of the rights of another party to the action respecting the subject of the action, and tending to render the judgment ineffectually,

4). A comparison of the harm to defendants in issuing an injunction versus the harm to plaintiffs in withholding it. Which on balance favors the plaintiff.

**FOR THE PRECEDING REASON**, Plaintiffs respectfully request that the Court grant:

1.  Enforce the right set forth in cancellation and inauguration of Mr. KIM and Refer Mr. LIM discipline and cancel the badge of merit pursuant to CA Corp Code § 6330(b)(1).

2.  Dissolve the organizing committee runs by the defendants pursuant to Overseas Department's Guide chapter 2, bylaws of Overseas Organization Management Regulation and bylaws of Organization Operating Regulations Article 25,26,27,28th. The Western Region is dissatisfied with

the fiercest antagonisms and disputes in the anti-corruption groups, distrusted from the community, the local community, and public institutions because of the illegal acts by the defendants. Plaintiffs cannot endure any more of the defendants' conspiracy led Mr. SON dead finally.

**WHEREFORE,** Plaintiffs pray judgment against Defendants,

1.   For an order requiring Defendants to show cause, if any they have, why they should not enjoined as set forth in this complaint, during the pendency of this action.

2.   For a temporary restraining order, a preliminary injunction, and permanent injunction, all enjoining defendants, and each of them, all persons acting under, in concert with, or them:

    a)   From calling or conducting any meeting of Defendants organization committee;

    b)   From installing, remaining in, or allowing Defendants to remain in office as president or chairman of Defendants organization committee;

    c)   To deliver all records of Defendants organization committee, including but not limited to the seal of the organization, the records, minutes, corporate books, financial statements and files to plaintiff; and

    d)   From issuing any statements or announcements regarding any related business of Defendants organization committee.

3.   Ordering all enjoining acting under, and each of them, and all persons acting under, in Concert with, or for them to:

    a) Cancellation of inauguration of Mr. KIM.

    b) Dissolve the organization runs by the defendants.

    c) Take Mr. WEE and Mr. LIM Disciplinary Committee.

    d) Report Mr. WEE for auditing to IRS revenue of 2017.

1    4.   For costs of suit herein incurred; and

2    5.   For such other and further relief as the court may deem proper.

3

4

5

6

7

8    Dated this 2nd day of November 2018

9                                                          Respectfully submitted by

10

11                                                          Man Kyu CHOI, Representative
                                                           of the Plaintiffs, President,
12                                                          personally and for the republic of
                                                           Korea Army Association in
13                                                          Southern California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibition

Exhibition 1

- The Notice of inadequate remedy created from the defendants at bylaws to expel the plaintiffs form the organization.

Exhibition 2

- Composition of the General Assembly
- The procedure of the General meeting
- Officer list (Marked person excluded from the voting list)



## 대한민국 재향군인회 미국 서부지회
### Korean Veterans Association of the U.S.A. Western Region
695 S. Vermont Ave. #503 Los Angeles, CA  90005

공문번호 : 상벌위 행정 18-4

수    신:    정 광 원
          15819 Gramercy Pl. Gardena, CA 90247

제    목: 징계위 회부 통고서

귀하는 대한민국 재향군인회 정관 제 42 조에 해당하는 행위로 인하여, 재향군인회 미국서부지회 운영 및 회원관리규정 "제 2 항" "가"에 따라 구성된 상벌위원회에 회부되었씀을 통고합니다.

본 징계절차에 따른 이의가 있으시면, 서면해명서와 함께, 본인이 다음의 장소와 시간에 출석하시어 입장을 밝혀주시기 바랍니다.

만약 예정된 시간에 출석을 않을시는, 본 상벌위원회의 결정에 승복한 것으로 간주하여, 대한민국 재향군인회 향군법에 따라, 조치를 강구토록 하겠습니다.

-다    음-

일    시: **2018 년 11 월 6 일 (화요일) 오전 10 시 ４０분 (시간 엄수요망)**

장    소: **재향군인회 미국서부지회 사무실 (695 S. Vermont Ave. #503 Los Angeles, CA 90005**

2018 년 10 월 29 일



대한민국 재향군인회 미국서부지회   회장          김    재    권

재향군인회 미국서부지회 상벌위원회 위원장       권    숙    하

상벌위원: 최학량 육군부회장, 임대인 해군부회장, 김한석 공군부회장, 최용인 해병부회장

김국태 특임부회장, 정기영 기획관리부회장, 이인복 대외협력부회장

최상규 제일부회장, 채규선 사무처장



## 대한민국 재향군인회 미국 서부지회
### Korean Veterans Association of the U.S.A. Western Region
### 695 S. Vermont Ave. #503 Los Angeles, CA  90005

공문번호 : 상벌위 행정 18-1

수　　신:　**최 만 규**
　　　　　101 Crest Verde Dr. Rolling Hills Estates. Ca 90274

제　　목: **징계위 회부 통고서**

귀하는 대한민국 재향군인회 정관 제 42 조에 해당하는 행위로 인하여, 재향군인회 미국서부지회
운영 및 회원관리규정 "제 2 항" "가"에 따라 구성된 상벌위원회에 회부되었씀을 통고합니다.

본 징계절차에 따른 이의가 있으시면, 서면해명서와 함께, 본인이 다음의 장소와 시간에 출석하시
어 입장을 밝혀주시기 바랍니다.

만약 예정된 시간에 출석을 않을시는, 본 상벌위원회의 결정에 승복한 것으로 간주하여, 대한민국
재향군인회 향군법에 따라, 조치를 강구토록 하겠습니다.

-다　　　　　음-

일　　시: **2018 년 11 월 6 일 (화요일) 오전 11 시 40 분 (시간 엄수요망)**

장　　소: **재향군인회 미국서부지회 사무실** (695 S. Vermont Ave. #503 Los Angeles, CA 90005

2018 년 10 월 29 일

대한민국 재향군인회 미국서부지회　회장　　　　김　재　권
재향군인회 미국서부지회 상벌위원회 위원장　　　권　숙　하
상벌위원: 최학량 육군부회장, 임대인 해군부회장, 김한석 공군부회장, 최용인 해병부회장
　　　　김국태 특임부회장, 정기영 기획관리부회장, 이인복 대외협력부회장
　　　　　최상규 제일부회장, 채규선 사무처장

# Chapter 8 Composition of the General Assembly

1. **Related Regulations (bylaws Article 25th)**

    A. The General Assembly shall be composed of the Branch Chairperson, Vice Chairperson, Executive Secretary, Board of Directors, Chairperson of the Branch Association, Vice Chairperson of the Branch Association, Regional Representative, and Functional Representative.

    B. The local representative shall be elected by one member of each branch association. If there is no coalition branch, the chairperson shall be elected, with the consent of the board of directors, with the recommendation of at least five members who reside in the area of the board of directors, and the board shall not exceed the number of members including the branch president, vice president, secretary general and directors.

    C. The functional representative shall be elected from among the members residing in the jurisdiction of the branch, with the consent of the board of directors, who shall be elected within 10% of the members including the branch chairperson, vice chairman, office manager, directors, associate branch president, vice president of the association, and regional representative.

2. **Guideline**

    A. In order to maintain the representative office of the overseas branch, the members of the general meeting shall be at least 40 persons in principle (more than 50 persons recommended by the Association), and regional representatives of each region must be elected to form a general meeting.

    B. In order to maintain linage with the Korean Society, the representative of the Korean-American community group is appointed as the functional representative, and the prominent member who is recommended and cooperated with the regional director is selected as the functional representative.

    C. The term of the regional representative and the functional representative shall be four years and shall be re-elected and shall be re-elected at the general meeting of each four year-end.

# Chapter 9 The Procedure of the General meeting

1. **Convene a general meeting (Bylaws Article 29th)**
   - A regular general meeting shall be convened once a year an extraordinary general meeting shall be convened upon the request of one third or more members the member who is deemed necessary by the president.
   - The extraordinary general meeting shall convene within fifteen days if requested.

2. **Agenda of the General Meeting (Bylaws Article 30th)**
   - Selection and Dismissal of Offices (excluding the Secretary General).
   - Election of regional representative.
   - Budget and settlement.
   - Business plan.
   - Other important matters related to the operation of the meeting or granted by the board of directors.

3. **Quorum (Bylaws Article 51th)**
   - The General Assembly shall be determined by the attendance of majority of the members present and the affirmative vote of a majority of the members present.

   - Delegate of the General Assembly

| President | Vice-president | Directors | Executive of Secretary | Regional representative | Functional representative | Number of General Assembly Members |
|---|---|---|---|---|---|---|
| 1 | 4 | 12-20 (Except Presidency) | 1 | 18-26 | 4-5 | 40-75 |

# Officer List (07/07/2017)

| Spot | Name | Native | Telephone | Address |
|---|---|---|---|---|
| President | WEE, Jae Kook | Army | 3234590624 | 222 Ave of the stars, 2102 LA, CA 9067 |
| # REF | CHOI, Man Kyu | | | |
| Vice President of the Army | CHOI, Man Kyu | Army | 3109388785 | 101 Crest Verde Dr. Rolling Hills Estates, CA |
| Vice President of Air Force | JUNG, Jae Duk | Air Force | 2132209393 | 823 S. Mariposa Ave. #1 LA, CA 90005 |
| Vice President of the Navy | IM, Dae In | Navy | 7145047337 | 9761 Crosby Ave. Garden Grove, CA 92844 |
| Vice President of Marine Corps | CHOI, Young In | Marine Corps | 2135147130 | 173 ½ N. Mariposa Ave. LA, CA 90004 |
| Vice president of women | KWON, Sook Ha | Army | 3234640512 | 4855 Elmwood Ave. #18 LA, CA90004 |
| Vice president of Foremost | KIM, Kook Tae | Army | 2135009139 | 200 S. Reno St. #303 LA, CA 90057 |
| Vice president of Religious | CHOI, Hak Ryang | Army | 3108477749 | 233 W. 233St. Carson, CA90020 |
| | | | | |
| Board of Directors (21 persons) | ❖ LEE, Chang Keon | Army | 2138207058 | 2841 Stevens St. La Crescenta, CA91214 |
| | CHOI, Chong Hak | Navy | 3237342691 | 2112 W. 27th St. LA, CA 90018 |
| | SHIN, Hyo Sub | Marine Corps | 2133936357 | 2143 S. Ardmore Ave. LA, CA 90006 |
| | AN, Kwang He | Marine Corps | 2133050899 | 1376 Maine Ave. Ste B Baldwin Park, CA |
| | SIM, In Tae | Air Force | 2137002566 | 25381 Oakview Estate Dr. Valencia, CA 91381 |
| | ❖ JIN, Hyong Myong | Marine Corps | 7144997366 | 26 Freeman Ln. Buena Park. CA 90621 |

| | | | | |
|---|---|---|---|---|
| | LEE, Ki Won | Air Force | 3238995551 | 3740 Evan St. A-313 LA, CA 90027 |
| | ❖ KIM, Bok Joong | Marine Corps | 2132198477 | 4539 Palm Dr. La Canada, CA 91011 |
| | ❖ YOO, Dong Min | Marine Corps | 2133797861 | 1144 S. Western Ave. #211 LA, CA 90006 |
| | JEONG, Man Ho | Army | 2133697500 | 336 S. Occidental Blvd., #804 LA, CA90057 |
| | ❖ HONG, Hi Joong | Army | 2135007237 | 17642 Windward Ter. Bellflower, CA 90706 |
| | CHA, Ki Hak | Army | 2134534572 | 2701 Wilshire Blvd. #707 LA, CA 90706 |
| | KIM, Hyo Sik | Army | 2134004297 | 615 S. Manhattan PL. #812 LA, CA90005 |
| | JEONG, Bok Duk | Air Force | 2132227708 | 739 S. Lorraine Blvd. Co3 LA, CA 90005 |
| | PARK, Seung Ku | Army | 2132003721 | 16104 Crestline Dr. La Mirada, CA 90638 |
| | CHOI, Sang Kyu | Navy | 2134004306 | 909 S. Manhattan PL. #12 LA, CA 90019 |
| | YANG, Chang Mo | Navy | 2134473196 | 927 S. Kingsley Dr. LA, CA 90006 |
| | NOH, Jae Hong | Marine Corps | 2139493026 | 408 S. Burlington Ave. #217 LA, CA 90057 |
| | ❖ UM, Kwnag Yong | Army | 2134343400 | 421 S Lafayette Park Pl. #503 LA, CA |
| | ❖ JEONG, Ki Yong | Army | 2137034979 | 4477 Wilshire Blvd. #207 LA, CA |
| | HWANG, Min Su | Marine Corps | 2137607001 | 875 5th Ave. LA, CA 90005 |
| Army | Total 13 persons | | | |
| Navy | Total 4 Persons | | | |
| Air Force | Total 5 Persons | | | |
| Marine Corps | Total 8 persons | | | |
| | Total 30 persons | | | |
| Audit | KIM, Jung Soon | Army(Woman) | 3232441128 | 1701 Arlington Ave LA, CA 90019 |
| | KIM, Duk Joong | Army | 2133447622 | 455 S. Union Ave. #211 LA, CA 90017 |
| ❖ Excepted directors from the voter of Election (Excluded of voting on purpose) | | | | |